**UNITED STATES of America, Appellant, v. 1611.10 ACRES OF LAND IN DANVILLE DISTRICT OF YELL COUNTY, ARKANSAS; M. F. Tapp, et al. (Tracts Nos. BM 50, BM 62, and BM 66, Wiltia Ribelin, Owner, Involved only in this appeal).**

No. 12712.

Circuit Court of Appeals, Eighth Circuit.

Sept. 13, 1943.

Sam Rorex, U. S. Atty., and Gordon Frierson, Asst. U. S. Atty., both of Little Rock, Ark., for appellant.

U. A. Gentry and Leffel Gentry, both of Little Rock, Ark., for appellees.

PER CURIAM.

Appeal from judgment of District Court as to Tracts Nos. BM 50, BM 62 and BM 66 docketed and dismissed on motion of appellant.

**UNITED STATES of America, Appellant, v. 48,046.27 ACRES OF LAND, more or less, IN HEMPSTEAD COUNTY, ARKANSAS, C. C. Norwood, et al., covering Tract No. E–264 only, Andrew H. Rhodes.**

No. 12710.

Circuit Court of Appeals, Eighth Circuit.

Sept. 9, 1943.

J. Robert Crocker, Sp. Atty., Lands Division, Department of Justice, of Texarkana, Ark., and Clinton R. Barry, U. S. Atty., of Fort Smith, Ark., for appellant.

John P. Vesey, of Hope, Ark., for appellees.

PER CURIAM.

Appeal from order of District Court as to Tract No. E–264 only, Andrew H. Rhodes, dismissed on motion of appellant without taxation of any costs in favor of appellees.

**UNITED STATES of America, Appellant, v. Fay H. SCHIEFELBEIN et al.**

**Fay H. SCHIEFELBEIN et al., Appellants, v. UNITED STATES of America.**

Nos. 12704, 12705.

Circuit Court of Appeals, Eighth Circuit.

Sept. 4, 1943.

Daniel F. Steck, Sp. Asst. to Atty. Gen., Bailey C. Webber, of Ottumwa, Iowa, Sp. Atty., Department of Justice and Maurice F. Donegan, U. S. Atty., of Davenport, Iowa, for the United States.

S. L. Winters, of Omaha, Neb., for Fay H. Schiefelbein et al.

PER CURIAM.

Appeal and cross-appeal from District Court dismissed without taxation of costs in favor of either of the parties in this Court, pursuant to stipulation of parties.